Pursuant to the eectronic signature authorization I provided for this oan, and after carifying my application information which is being updated based on additiona information I provided, in the discosures and previousy stated oan terms, I agree to the modification beow/above and authorize the use of my eectronic signature authorization as my signature, acceptance and consent to the modification of the terms as expressed beow/above in connection with the consummation of the oan.

## Application Agreement
## Hummingbird Funds, d/b/a Blue Trust Loans

Borrower's Name:
**Lillian Easley
911 Rowell Street
Mobile, AL 36606**

Loan #:


**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To hep the US government fight the funding of terrorism and money aundering activities, the Bank Secrecy Act requires a financia institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we wi ask for your name, address, date of birth, and other information that wi a ow us to identify you. We may aso ask for a copy of your driver's icense or other identifying documents.

The information in no way wi be used in making the credit decision on your competed appication.

**Notice:** This Loan is not designed as a soution to ong-term financia probems and shoud not be used as such. Customers with credit difficuties shoud seek credit counseing or meet with a nonprofit financia counseing service in their community.

**GOVERNING LAW:** The aws of the Lac Courte Oreies Band of Lake Superior Chippewa Indians govern this Loan Agreement, without regard to the aws of any state or other jurisdiction, incuding the confict of aws rues of any state. You agree to be bound by Triba aw, and in the event of a bona fide dispute between you and us, Triba aw sha excusivey appy to such dispute. You and we agree that any controversies that may arise hereunder sha be resoved excusivey by the Triba Dispute Resoution Procedures as set forth in the Triba Consumer Financia Services Reguatory Code.

**AGREEMENT TO TRIBAL DISPUTE RESOLUTION PROCEDURE:** As an accommodation to consumers, the Tribe and Lender have estabished a Triba Dispute Resoution Procedure (the "Procedure") to review and consider any and a types of compaints made by or on behaf of consumers reating to or arising from the Agreement. The Procedure is found at Section 9 of the Triba Consumer Financia Services Reguatory Code. You may request a copy of the Triba Consumer Financia Services Reguatory Code by written request maied aong with a sef-addressed postage paid return enveope to Triba Consumer Financia Services Code Request, Attn: Reguatory Agent, Attn: Triba Lending Authority, 13394W Trepania Rd , Hayward, WI 54843. The Tribe and Lender intend and require, to the extent permitted by aw, for any compaint odged, fied, or otherwise submitted by you or on your behaf to fo ow the Procedure. Under the Procedure, a consumer who, in the course of his or her otherwise awfu and proper use of Lender's business, has concerns about the operation of any part of Enterprise or who otherwise beieves himsef or hersef to be aggrieved by some aspect of the operation of any part of Lender's business, sha direct his or her concerns or dispute in the first instance to Lender management, either oray or in writing. A person's compaint to the Lender sha be considered simiar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and excusive jurisdiction, and does not create any binding procedura or substantive rights for a petitioner. In the event that the consumer is dissatisfied with Lender's initia determination, he or she may request review of Enterprise's initia determination by submitting such request in writing to the Triba Consumer Financia Services Reguatory Authority ("Authority"), Attn: Triba Lending Authority, 13394W Trepania Rd , Hayward, WI 54843, no ater than ten (10) days after receiving Lender's initia determination. You wi have the opportunity to be heard regarding the dispute, in person or through teephonic conference. You may be represented by ega counse at your own expense. A consumer may then appea an Authority opinion by submitting such request in writing to the Triba Governing Board within twenty (20) days of receiving the Authority's fina written decision. Any decision of the Triba Counci on appea sha be fina and not subject to further appea. Any determination by or on behaf of the Tribe or Triba Consumer Financia Services Reguatory Authority, whether procedura or substantive, sha be made by the Tribe in its sovereign discretion.

**AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS:** To the extent permitted by aw, you agree that you wi not bring, join or participate in any cass action as to any caim, dispute or controversy you may have against us, our empoyees, officers, directors, servicers and assigns. You agree to the entry of injunctive reief to stop such a awsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs we incur in seeking such reief. This agreement does not constitute a waiver of any of your rights and remedies to pursue a caim individua y and not as a cass action pursuant to the Triba Dispute Resoution Procedures as provided above.

**BANKRUPTCY:** You certify to us that you are not a debtor in any proceeding in bankruptcy and have no intention to fie a petition for reief under any chapter of the United States Bankruptcy Code.

**EQUAL CREDIT OPPORTUNITY ACT (ECOA) NOTICE:**

Notice: The federa Equa Credit Opportunity Act prohibits creditors from discriminating against credit appicants on the basis of race, coor, reigion, nationa origin, sex, marita status, age (provided the appicant has the capacity to enter into a binding contract); because a or part of the appicant's income derives from any pubic assistance program; or because the appicant has in good faith exercised any right under the Consumer Credit Protection Act. The federa agency that administers compiance with this  aw concerning this creditor is the Federa Trade Commission, Equa Credit Opportunity, Washington, D.C. 20580.

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

Please read this information carefully and print a copy and retain this information electronically for future reference.

You must consent to transact business with Hummingbird Funds, LLC d/b/a Blue Trust Loans through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request and other current or future transactions with Hummingbird Funds, LLC d/b/a Blue Trust Loans (this "Consent"). By acknowledging and accepting this Consent, you agree that any notices we are required to make to you may be delivered to you electronically. You agree to electronically sign any documents requiring a signature. You acknowledge and agree to the following terms and conditions of this Consent.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, your Loan Agreement, this Consent, the Loan Application, the Truth in Lending disclosures set forth in the Loan Agreement, our Privacy Notice, any change-in-term notices, fee and transaction information, statements, disbursement notices, notices of adverse action, legally mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by posting the information at our web site www.bluetrustloans.com, or by sending it to you by secure e-mail.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any Communication by contacting us at info@bluetrustloans.com or by calling us at (877) 770-2682. We will provide you with paper copies at no charge. You can also withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic disclosures will not be affected.
- You must provide us with your current e-mail address for receipt of Communications. If your e-mail address, telephone number(s), or residence address changes, you must send us a notice of the new e-mail address/telephone number(s) by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change to info@bluetrustloans.com.
- In order to receive electronic Communications, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet through HS encryption capabilities. Most current Internet browsers (Chrome, Firefox, Internet Explorer, etc.) support this feature. You will also need a printer connected to your computer to print disclosures/notices or have sufficient hard drive space available to save the information (e.g., 1 MB or greater). We do not provide ISP services. You must have your own Internet Service Provider. You may submit questions regarding hardware and software requirements to info@bluetrustloans.com.
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.
  You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to Attn: Tribal Lending Authority, 13394W Trepania Rd, Hayward, WI 54843 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

**TELEPHONE CONSUMER PROTECTION ACT DISCLOSURE:** If you agreed to be contacted by Blue Trust Loans, or our affiliates, at the phone numbers provided by you in your loan application. You agree that this authorization includes marketing calls to your wireless number if you have provided a wireless number. You agree that such contact may include phone calls generated from an automated telephone dialing system. You understand that you do not have to agree to such authorization in order to qualify for a loan. Phone Numbers: ▮▮▮▮▮▮▮▮▮▮▮▮

You further authorize Blue Trust Loans (or our agents) to send marketing text messages to the wireless number you provided using an automatic telephone dialing system. You are not required to authorize marketing text messages to obtain credit or other services from us. If you do not wish to receive sales or marketing text messages from us you should **not** check the yes box on the preceding page. You understand that any messages we send you may be accessed by anyone with access to your text messages. You also understand that your mobile phone service provider may charge you fees for text messages that we send you, and you agree that we shall have no liability for the cost of any such text messages.

**SMS STATEMENT NOTIFICATIONS DISCLOSURE:** This SMS Statement Notifications Disclosure (this "Disclosure") applies to each account you have with Blue Trust Loans for which you have elected to receive Short Message Service ("SMS") messages.

As used in this SMS Statement Notifications Disclosure, "SMS Statement Notifications" means any SMS (text message) communications from us to you pertaining to your Loan, sent to the phone numbers listed on your application, including but not limited to payment information, account information, due dates, delinquent accounts, program updates, promotions, coupons and other marketing messages.

1. **How to Unsubscribe:** You may withdraw your consent to receive SMS Statement Notifications by changing your preference on the Notification Settings page within www.bluetrustloans.com. Alternatively, you may call us at (877) 770-2682. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive SMS Statement Notifications. We will not impose any fee to process the withdrawal of your consent to receive SMS Statement Notifications. Any withdrawal of your consent to use SMS Statement Notifications will be effective only after we have a reasonable period of time to process your withdrawal.

**You may opt-out** and remove your SMS approval for additional messages by sending "STOP", "END", "CANCEL", "UNSUBSCRIBE", "QUIT", or "STOPALL" to the SMS text message you have received. If you remove your SMS approval from our database, your number will no longer be used for secondary purposes, disclosed to third parties and used by us for third parties to

send promotiona correspondence to you.

2. To request additiona information, contact us by teephone at (877) 770 - 2682. For hep of additiona information regarding our texting services emai us at info@buetrustoans.com or repy "HELP" anytime from your mobie device to the message you receive.

3. The services are avaiabe on the fo owing carriers: AT&T, Verizon Wireess, T-Mobie, Sprint, Nexte, Dobson, U.S. Ce uar, and Virgin Mobie. Additiona carriers are added as they become avaiabe.

4. In order to access, view, and retain SMS Statement Notifications that we make avaiabe to you, you must have: (1) an SMS-capabe mobie phone, (2) an active mobie phone account with a communication service provider; and (3) sufficient storage capacity on your mobie phone.

5. A SMS Statement Notifications in eectronic format from us to you wi be considered "in writing."

6. There is no service fee for SMS Statement Notifications but you are responsibe for any and a charges, incuding but not imited to fees associated with text messaging, imposed by your communications service provider. Other charges may appy. Such charges may incude those from your communications service provider. Pease consut your mobie service carrier's pricing pan to determine the charges for sending and receiving text messages. These charges wi appear on your phone bi. Message frequency depends on account settings.

7. Additiona y, you agree that we may send any SMS Statement Notifications through your communication service provider in order to deiver them to you and that your communication services provider is acting as your agent in this capacity. You agree to provide a vaid mobie phone number for these services so that we may send you certain information about your oan. Additiona y, you agree to indemnify, defend and hod us harmess from and against any and a caims, osses, iabiity, cost and expenses (incuding reasonabe attorneys' fees) arising from your provision of a mobie phone number that is not your own or your vioation of appicabe federa, state, Triba or oca aw, reguation or ordinance. Your obigation under this paragraph sha survive termination of this Agreement. SMS Statement Notifications are provided for your convenience ony. Receipt of each SMS Statement may be deayed or impacted by factor(s) pertaining to your communications service provider(s). We wi not be iabe for osses or damages arising from any discosure of account information to third parties, non-deivery, deayed deivery, misdirected deivery or mishanding of, or inaccurate content in, the SMS Statement Notifications sent by us.

8. We may modify or terminate SMS from time to time, for any reason, and without notice, incuding the right to terminate text messaging with or without notice, without iabiity to you, any other user or a third party. We reserve the right to modify these Terms of Use from time to time without notice. Pease review these Terms of Use from time to time so that you are timey notified of any changes.

**CONSUMER REPORTS:** You authorize us to obtain consumer reports about you prior to approving this Appication and at any time that you owe us money under any Loan Agreement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defauts on your account may be refected in your credit report.

**BY CHECKING THE ACKNOWLEDGEMENT AND CONSENT, YOU ARE AFFIXING YOUR ELECTRONIC SIGNATURE AND SIGNIFYING THAT (1) YOU AGREE TO BE BOUND BY ALL THE TERMS OF THIS APPLICATION; (2) YOUR SYSTEM MEETS THE REQUIREMENTS SET FORTH ABOVE; (3) YOU AGREE TO RECEIVE ALL COMMUNICATIONS ELECTRONICALLY; AND (4) YOU ARE ABLE TO ACCESS AND PRINT OR ELECTRONICALLY STORE INFORMATION PRESENTED AT THIS WEBSITE. PLEASE TAKE NOTICE THAT IF YOU ARE APPROVED FOR A LOAN BY HUMMINGBIRD FUNDS, LLC D/B/A BLUE TRUST LOANS, SUCH LOAN WILL BE MADE IN RELIANCE OF EACH AND EVERY TERM OF A LOAN AGREEMENT AND DISCLOSURE TO WHICH YOUR ELECTRONIC SIGNATURE IS AFFIXED.**

**BORROWER AGREES TO ALL OF THE TERMS OF THIS APPLICATION.** By checking the acknowedgement beow you are (i) suppying your eectronic signature to certify that a of the information provided above is true, compete and correct and provided to us, Bue Trust Loans, for the purpose of appying for a Loan. (ii)agreeing to the Agreement to Triba Dispute Resoution Procedures and the Agreement Not To Bring, Join Or Participate in Cass Actions and acknowedge receiving a fu y competed copy of this Appication. **You acknowledge and agree that this Application will be deemed incomplete and will not be processed by us without your Acknowledgement of Consent.**

**Upon receipt of your duly electronically executed disclosure, application and loan agreement package with all required signatures, consents, acknowledgments and elected options, a representative will call you within minutes during business hours to complete your application.**

☑ **I Agree, Acknowledge and Consent**

Li ian Easey

# Consumer Installment Loan Agreement
## Hummingbird Funds, LLC d/b/a Blue Trust Loans

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

Pease read this information carefu y and print a copy and retain this information eectronica y for future reference.

You must consent to transact business with **Hummingbird Funds, LLC d/b/a Blue Trust Loans** through eectronic communications in order for us to process your oan request. The fo owing terms and conditions govern eectronic

communications in connection with your loan request and other current or future transactions with Hummingbird Funds, LLC d/b/a Blue Trust Loans (this "Consent"). By electronically signing this Consent, you agree that any notices we are required to make to you may be delivered to you electronically. You agree to electronically sign any documents requiring a signature. You acknowledge and agree to the following terms and conditions of this Consent.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, your Loan Agreement, this Consent, the Loan Application, the Truth in Lending disclosures set forth in the Loan Agreement, our Privacy Notice, any change-in-term notices, fee and transaction information, statements, disbursement notices, notices of adverse action, legally mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by posting the information at our web site www.bluetrustloans.com, or by sending it to you by secure e-mail.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any Communication by contacting us at info@bluetrustloans.com or by calling us at (877) 770 - 2682. We will provide you with paper copies at no charge. You can also withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic disclosures will not be affected.
- You must provide us with your current e-mail address for receipt of Communications. If your e-mail address, telephone number(s), or residence address changes, you must send us a notice of the new e-mail address/telephone number(s) by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change to info@bluetrustloans.com.
- In order to receive electronic Communications, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet through HS encryption capabilities. Most current Internet browsers (Chrome, Firefox, Internet Explorer, etc.) support this feature. You will also need a printer connected to your computer to print disclosures/notices or have sufficient hard drive space available to save the information (e.g., 1 MB or greater). We do not provide ISP services. You must have your own Internet Service Provider. You may submit questions regarding hardware and software requirements to info@bluetrustloans.com.
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You are able to view and/or electronically store the information presented at this website. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to Attn: Tribal Lending Authority, 13394W Trepania Rd , Hayward, WI 54843 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

I consent to electric communications ✓

## CONSUMER INSTALLMENT LOAN AGREEMENT

| | |
|---|---|
| Application Date 3/25/2019<br>Effective Date 3/26/2019 | Loan No.: ▮<br>Final Maturity Date:<br>11/29/2019 |
| Hummingbird Funds, LLC d/b/a Blue Trust Loans<br>Attn: Tribal Lending Authority, 13394W Trepania Rd , Hayward, WI 54843 | Borrower Name:<br>Lillian Easley<br>Borrower Address:<br>▮ |

**IMPORTANT NOTICE: This Loan Agreement (hereinafter the "Agreement") is governed by the laws of the Lac Courte Oreilles Band of Lake Superior Chippewa Indians ("Tribal Law") . It contains important terms and conditions. You should read it carefully before you electronically sign it.**

In this Agreement the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we", "us," and "our" mean Hummingbird Funds, LLC d/b/a Blue Trust Loans. We are a tribal limited liability company organized under tribal law. We are an economic development arm of, instrumentality of, and wholly-owned and controlled by the Lac Courte Oreilles Band of Lake Superior Chippewa Indians, a federally-recognized sovereign American Indian tribe (the "Tribe"). We are licensed and regulated by the Tribal Financial Services Regulatory Authority (the "Authority") and operate in accordance with the Tribal Consumer Financial Services Regulatory Code.

**PLEASE NOTE: If you prepay this loan in full you may be entitled to a refund of part of the finance charge meaning you will pay less of a finance charge than listed in the Truth-in-Lending disclosures below. You may only make partial prepayments on a scheduled Due Date and only if the scheduled payment is made in full.**

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a | The dollar amount the credit will | The amount of credit provided | The amount you will have paid after you have made a |

| The cost of your credit as a yearly rate. | cost you. | to you or on your behalf. | payments as scheduled. |
|---|---|---|---|
| 609.72%(e) | $2,122.48 | $650.00 | $2,772.48 |

Your Payment Schedule will be:

| Payment Number | Payment Due | Due Date |
|---|---|---|
| 1 | $109.52 | 4/5/2019 |
| 2 | $156.64 | 4/19/2019 |
| 3 | $156.64 | 5/3/2019 |
| 4 | $156.64 | 5/17/2019 |
| 5 | $156.64 | 5/31/2019 |
| 6 | $156.64 | 6/14/2019 |
| 7 | $156.64 | 6/28/2019 |
| 8 | $156.64 | 7/12/2019 |
| 9 | $156.64 | 7/26/2019 |
| 10 | $156.64 | 8/9/2019 |
| 11 | $156.64 | 8/23/2019 |
| 12 | $156.64 | 9/6/2019 |
| 13 | $156.64 | 9/20/2019 |
| 14 | $156.64 | 10/4/2019 |
| 15 | $156.64 | 10/18/2019 |
| 16 | $156.64 | 11/1/2019 |
| 17 | $156.64 | 11/15/2019 |
| 18 | $156.72 | 11/29/2019 |

**Security:** None.

**Demand Feature:** This obligation has a demand feature.

**Prepayment:** If you pay off early you will not have to pay a penalty and you may be entitled to a refund of part of the finance charge.

See the terms of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled due date and prepayment refunds.

(e) means estimated.

**Itemization of Amount Financed**: Amount given to you directly: $650.00.

Amount paid on Loan No. 107602917 with us: $2,772.48.

**APPROVAL AND OBTAINING LOAN PROCEEDS.** In order to complete your transaction with us, you must electronically sign this Agreement by clicking the "I Accept" button at the end of this Agreement. Once you sign and submit this Agreement to us, we will verify your information and either approve or deny the loan request. If your application is approved we will use commercially reasonable efforts to initiate an ACH credit entry of the loan proceeds into the Bank Account listed below on or before the Effective Date above, unless the proceeds of this loan are used to repay an existing obligation to us. Therefore, you hereby voluntarily authorize us, our successors or assigns, to initiate an automatic credit entry to your banking account: **Account type: Checking; Bank routing and transit number:** ▮▮▮▮▮▮▮; **and Account Number:** ▮▮▮▮▮▮▮ ("Bank Account"). You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account. We rely on the representations of you and other parties in determining the Effective Date. Despite our best efforts, unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, delays in verification of your information, inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit.

**PROMISE TO PAY.** You promise to pay to us the Total of Payments stated above, on the dates set forth in the Payment Schedule above and other permitted charges. The finance charge under this Agreement is precomputed. The APR disclosed in the Federal Truth-In-Lending Disclosures is calculated on the assumption that all payments will be made when due and that we earn the finance charge on the Effective Date. You promise to timely pay us the amount owing hereunder by making installment payments on the dates listed in the payment schedule set forth above or as modified in accordance with this Agreement ("Due Date(s)"). You agree to make payment in accordance with your selected payment method or as you and we otherwise agree. You understand that if this Agreement is modified (i.e. change in due dates, payment amounts, etc.) any payment authorizations subject to this Agreement will adjust to the modifications. Time is of the essence. If any Due Date falls on a date we are not open for business, then you agree to pay us on the next business day, and we will credit such payment as if we received it on the appropriate Due Date.

**PREPAYMENT.** You may prepay in full at any time and you will not incur an additional charge, fee, or penalty. To make arrangements for a prepayment you must contact us by email at info@bluetrustloans.com or phone at (877) 770 - 2682. We will then arrange an authorization to debit funds from your Bank Account or make other arrangements for the prepayment. In the

event of prepayment in fu , we wi  app y a refund to your account of the pro-rata finance charge based upon when your prepayment is made. The pro-rata refund of the finance charge wi  be ca cu ated by dividing the tota  precomputed finance charge for the current payment period by the tota  number of days in the payment period, and then mu tip ying that number by the number of days remaining in the payment period from the date of prepayment. You may on y make partia  prepayments on a schedu ed Due Date and on y if the schedu ed payment is made in fu .**For information on the amount of any refund associated with a prepayment, please contact us at** (877) 770 - 2682**.**

**RIGHT TO RESCIND:** You may rescind this Agreement without cost or further ob igation if you do so by 5:00 PM CST on the next business day fo owing the Disbursement Date (the "<u>Rescission Dead ine</u>"). To rescind this Agreement, you must inform us in writing, by the Rescission Dead ine, by either faxing notice to (855) 630 - 9579 or e-mai ing to info@b uetrust oans.com that you want to rescind this Agreement. In the event that we time y receive your written notice of rescission on or before the Rescission Dead ine but before the  oan proceeds have been credited to your Bank Account, we wi  not affect a debit entry to your Bank Account and both our and your ob igations under this Agreement wi  be rescinded. In the event that we time y receive your written notice of rescission on or before the Rescission Dead ine but after the  oan proceeds have been credited to your Bank Account, we wi  effect a debit to your Bank Account for the princip a amount of your  oan. If we receive payment of the princip a amount via the debit, ours and your ob igations under this Agreement wi  be rescinded. If we do not receive payment of the princip a amount via the debit, then the Agreement wi  remain in fu  force and effect unti  a  sums due and owing under this Agreement, inc uding finance charges and/or fees, are repaid in fu . NOTE: Rescission of this Agreement does not cance  either party's rights and ob igations under the Triba  Dispute Reso ution Procedure and Waiver of Jury Tria  paragraphs be ow.

**PAYMENT METHODS:** You are required to make the payments for each insta ment period on or before the payment Due Dates in your payment schedu e and if on the fina  schedu ed payment Due Date you sti  owe amounts under this Agreement, you are required to pay those amounts in fu  on that date. During the app ication process you were provided an option to make payments by either automatic e ectronic debit authorization (ACH or debit card) or automatic charges to your credit card . In the event that neither method is avai ab e for you or us other a ternative payment methods as described in this  oan agreement or as we otherwise a ow may be used. Your payments p us any fees due to us (if app icab e) wi  be automatica y initiated by us in accordance with this Agreement and processed by our servicers or agents. PLEASE NOTE: If we are unab e to initiate a payment via ACH, debit card or credit card for any reason, then you authorize us to initiate your schedu ed payments by remote y created check or as otherwise set forth in this Agreement. If you wou d ike to make a ternative payment arrangements for a particu ar schedu ed payment you must within provide notice to B ue Trust Loans via emai  info@b uetrust oans.com or ca  (877) 770 - 2682 three (3) business days prior to the due date. Regard ess of the payment method used, a payment must be received by us on or before the schedu ed Due Date.

**REFINANCE POLICY:** We, in our so e discretion, wi  determine whether your Agreement may be refinanced.

**VERIFICATION:** You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify a  of the information that you gave us such as any past and/or present emp oyment history, income and bank account detai s as may be necessary to process your app ication for a  oan, determine Due Dates, and administer your account with us. You specifica y authorize us to use information you provided us, inc uding your socia  security number and/or bank account number, to verify information in your Bank Account through te ephone or other e ectronica y initiated bank records initiated by us and processed by us or our servicers or agents. You a so give us consent to obtain information about you from consumer reporting agencies and/or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to fi e a petition for re ief under any chapter of the United States bankruptcy code.

**ELECTRONIC DEBIT AUTHORIZATION:** If you e ected to make payments by e ectronic debit, then you authorize us, and our successors and assigns, to initiate, and our servicers or agents to process automatic debit entries for payments in accordance with this Agreement from your Bank Account as identified above in the "Approva  and Obtaining Loan Proceeds" paragraph.

You agree that we wi  initiate debit entries on each schedu ed payment Due Date or thereafter for the schedu ed amount, or any  esser amount you owe. You further authorize us to initiate a separate e ectronic debit entry for any app icab e returned payment fee or other charges in the amounts set forth in your Agreement with us. You authorize us to re-initiate any e ectronic debit entry up to two additiona  times for the same amount if the debit entry is dishonored.

If you have e ected e ectronic debit authorization as your payment se ection we wi  a ways initiate the e ectronic debit entry through the automated c earinghouse (ACH) system un ess for some reason we are prohibited from using the ACH system (other than by your revocation) or you have specifica y instructed us to initiate the e ectronic debit through your debit card. In those instances we wi  initiate the e ectronic debit entry to your Bank Account through your debit card (if provided).

<u>You may revoke this authorization</u> by contacting us in writing at Attn: Triba  Lending Authority, 13394W Trepania Rd , Hayward, WI 54843 or by phone at (877) 770 - 2682. You must contact us at  east three (3) business days prior to when you wish the authorization to terminate and to arrange for a ternative methods of payment. If you revoke the authorization, you authorize us to make your payments by remote y created checks as set forth be ow.

You have the right to receive notice of a  transfers varying in amount. You acknow edge that we e ected to offer you a specified range of amounts for the recurring e ectronic debiting (in  ieu of providing the notice of transfers in varying amount). The amount of any debit wi  range from (i) the payment amount provided in this Agreement (which may be  ess than a schedu ed payment if partia  prepayments have been made), to (ii) an amount equa  to the schedu ed payment p us as app icab e, any returned payment charges you may owe under this Agreement. For any recurring e ectronic debit outside of this specified range, we wi  send you a notice. Therefore, by agreeing to the terms of this authorization you choose to receive notice on y when a recurring e ectronic debit amount exceeds the range specified. You a so authorize us to verify a  of the information that you have provided, inc uding past and/or current information. You agree that the debit entries authorized herein are vo untary, and that certain entries wi  recur at substantia y regu ar interva s. If there is any missing or erroneous information in or with your  oan app ication regarding your Bank Account or debit card (if provided), then you authorize us to verify and correct such information. If any payment cannot be

obtained by electronic debit, you remain responsible for such payment and any resulting fees under the Agreement.

**CREDIT CARD AUTHORIZATION:** If you elected to make payments by credit card, then you authorize us, and our successors and assigns, to initiate, and our servicers or agents to process automatic charges for payments in accordance with this Agreement from the credit card you have provided to us identified below (your "Card"):

You agree we will initiate charges to your Card on each scheduled Due Date or thereafter for the scheduled amount, or any lesser amount you owe. You further authorize us to initiate a separate charge to your Card for any applicable returned payment and/or late charges in the amounts set forth in this Agreement.

You may revoke this authorization by contacting us in writing at Attn: Tribal Lending Authority, 13394W Trepania Rd , Hayward, WI 54843 or by phone at (877) 770 - 2682. You must contact us at least 3 days prior to when you wish the authorization to terminate and to arrange for alternative methods of payment. If you revoke the Card authorization, you authorize us to make your payments by remotely-created checks as set forth below.

You agree that the charge entries authorized herein are voluntary, and that certain charges will recur at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Card, then you authorize us to verify and correct such information. If any payment cannot be obtained by your Card, you remain responsible for such payment and any resulting fees under the Agreement.

**REMOTELY CREATED CHECK AUTHORIZATION:** If (1) you elected to make payments by Electronic Debit Authorization or Card Authorization and you subsequently revoke the authorization, (2) we are unable to process your payments by electronic debit or Card for any reason, or (3) you have defaulted on a payment, then by electronically signing this Agreement you authorize us to create checks bearing your typed name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your Bank Account ("Remotely Created Check"), and to submit each Remotely Created Check for payment to the Bank or other financial institution in the amount of each payment owing to us under this Agreement on or after each Due Date. A Remotely Created Check may also be known as a demand draft, telecheck, preauthorized draft or paper draft. If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any returned payment fee, or other amounts accrued pursuant to this Agreement. You agree that your typed name or other designation mandated by applicable law will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. If you believe we charged your Bank Account in a manner not contemplated by this authorization, please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts owing, as modified by any partial prepayments. This Remotely Created Check authorization is effective only if you, originally selected electronic debit or credit card as your payment method and then you revoke the authorization, we are unable to process your payments by either method for any reason, or you defaulted on a payment. If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain re-crediting of amounts we obtained via a Remotely Created Check, contact us by calling (877) 770 - 2682.

**ELECTRONIC CHECK RE-PRESENTMENT POLICY.** In the event a check is returned unpaid for insufficient or uncollected funds, we may re-present the check electronically. In the ordinary course of business, the check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

**CHECK CONVERSION NOTIFICATION.** If we agree to allow you to provide a check as payment, you authorize us and our servicers or agents either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For questions, please contact us at (877) 770 - 2682.

**SECURITY INTEREST.** The payment methods indicated in the Truth-in-Lending Disclosures **above** do not create a security interest.

**RETURNED PAYMENT FEE.** You agree to pay a returned payment fee of $30 if your payment is returned unpaid (unless the result of a properly revoked authorization). You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this returned payment fee. We may only impose this fee once per scheduled installment payment.

**LATE PAYMENT:** In the event of two consecutively missed payments, the customer provides authorization to us, our successors and assignees, our servicers and our agents to debit the outstanding principle balance due, including fees in accordance with this Agreement, on the third payment in sequence after the initial two first payments have been missed.

**DEFAULT:** You will be in default under this Agreement if: (a) you provide us false or misleading information about yourself, your financial condition (including the Bank Account), or any other matter prior to entering this Agreement, (b) any scheduled payment is not received within thirty (30) calendar days of the scheduled payment Due Date, as set forth herein, (c) the debit for your scheduled payment is returned to us unpaid for any reason and a payment is not received from you within thirty (30) calendar days immediately following that return payment, (d) you agree to make alternative payment arrangements and fail to make those payment(s), or (e) any of the following things occur: appointment of a committee, receiver, or other custodian of any of your property, or the commencement of a case under the U.S. Federal Bankruptcy Laws by or against you as a debtor.

**CONSEQUENCES OF DEFAULT:** If you are in default, you agree that we may take any of the following actions to the extent allowed by applicable law: (1) we may accelerate the maturity of the loan and all other amounts due us and demand payment of the same; (2) we may exercise any of our rights described in the paragraph below entitled "Payment Authorization Upon Default"; (3) we may exercise any other rights or remedies allowed by this Agreement or at law, including but not limited to seeking payment of reasonable attorney's fees in the event of a default and referral to an attorney (not our regularly salaried employee) or to a third

party for co ections, and (4) we may recover a court, dispute reso ution or other co ection costs we actua y incur.

**DEMAND FEATURE:** We may demand payment, at any time, and from time to time, if our abi ity to co ect amounts owed under this Agreement are materia y impaired, in our so e and abso ute discretion and whether or not a defau t has occurred. If we demand payment, then we wi acce erate your ob igation under this Agreement and initiate a debit in accordance with the "Payment Authorization Upon Defau t or Demand" paragraph be ow.

**PAYMENT AUTHORIZATION UPON DEFAULT:** In the event of your defau t, you separate y authorize us, and our successors and assigns, to initiate through our servicers or agents a one-time automatic debit entry to your Bank Account in the amount of the entire outstanding ba ance, inc uding finance charges and any fees, under this Agreement. You agree that we wi initiate the sing e e ectronic debit entry on y for the outstanding amount owing at the time of acce eration. You authorize us to re-initiate the debit entry up to two (2) additiona times if the debit entry is returned unpaid. You authorize us to verify a of the information that you have provided to us re ating to your Bank Account. If there is any missing or erroneous information in or with your  oan app ication regarding your Bank Account, then you authorize us to verify and correct such information. You may revoke this Payment Authorization Upon Defau t by contacting us in writing at Attn: Triba  Lending Authority, 13394W Trepania Rd , Hayward, WI 54843 or by phone at (877) 770 - 2682. You must contact us at  east three (3) business days prior to when you wish the termination to take effect.

**WAIVER:** No fai ure to exercise, or de ay in exercising, any right, power or privi ege hereunder sha  operate as a waiver thereof, nor sha  any sing e or partia  exercise thereof prec ude any other or further exercise thereof or the exercise of any other right, power or privi ege.

**CONSUMER REPORTS:** You authorize us to obtain consumer reports about you in connection with your request for credit, and at any time that you owe us money under this or any Agreement.

**REPORT OF NEGATIVE PAYMENT INFORMATION:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defau ts on your  oan may be ref ected in your credit report.

**ASSIGNMENT AND EXECUTION:** We may assign or transfer this Agreement or any of our rights hereunder in our so e discretion. If this Agreement is consummated, then you agree that the e ectronica y signed Agreement we receive from you wi  be considered the origina  executed Agreement, which is binding and enforceab e as to both parties.

**GOVERNING LAW AND FORUM:** The  aws of the Tribe ("Triba   aw") wi  govern this Loan Agreement, without regard to the  aws of any state or other jurisdiction, inc uding the conf ict of  aws ru es of any state. You agree to be bound by Triba   aw, and in the event of a bona fide dispute between you and us, Triba   aw sha  exc usive y app y to such dispute and sha  be subject to the Triba  Dispute Reso ution Procedures set forth be ow.

**SOVEREIGN IMMUNITY.** This Agreement together with any re ated documents are being submitted by you to us as an economic arm, instrumenta ity, and who y-owned  imited  iability company of the Tribe. The Tribe is a federa y-recognized American Indian Tribe and enjoys governmenta  sovereign immunity. Because we and the Tribe are entit ed to sovereign immunity, you wi  be  imited as to what c aims, if any, you may be ab e to assert against the Tribe and us.

**PRESERVATION OF SOVEREIGN IMMUNITY:** It is the express intention of the Tribe and us, operating as an economic arm-of-the-tribe, to fu y preserve, and not waive either in who e or in part, exc usive jurisdiction, sovereign governmenta  immunity, and any other rights, tit es, privi eges, and immunities, to which they are entit ed. To protect and preserve the rights of the parties, no person may assume a waiver of immunity except by express written dec aration of the Tribe's Governing Board specifica y authorizing a waiver for the matter in question.

**TRIBAL DISPUTE RESOLUTION PROCEDURE:** As an accommodation to consumers, the Tribe has estab ished a Triba  Dispute Reso ution Procedure (the "Procedure") to review and consider any and a  types of comp aints made by or on beha f of consumers re ating to or arising from the Agreement. The Procedure is found in the Triba  Consumer Financia  Services Regu atory Code. You may request a copy of the Triba  Consumer Financia  Services Regu atory Code by written request mai ed a ong with a se f-addressed postage paid return enve ope to Triba  Consumer Financia  Services Code Request, Attn: Regu atory Agent, Attn: Triba  Lending Authority, 13394W Trepania Rd , Hayward, WI 54843. We and the Tribe intend and require, to the extent permitted by  aw, for any comp aint  odged, fi ed, or otherwise submitted by you or on your beha f to fo ow the Procedure. Under the Procedure, if you have concerns about our operation or otherwise be ieve you have been aggrieved by some aspect of our operation or any part of our business, you sha  direct your concerns or dispute in the first instance to our management, either ora y or in writing. Your comp aint sha  be considered simi ar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exc usive jurisdiction, and does not create any binding procedura  or substantive rights for a petitioner. In the event that you are dissatisfied with our initia  determination, you may request review of the initia  determination by submitting such request in writing to the Triba  Consumer Financia  Services Regu atory Authority ("Authority"), Attn: Triba  Lending Authority, 13394W Trepania Rd , Hayward, WI 54843, no  ater than ten (10) days after receiving our initia  determination. You wi  have the opportunity to be heard regarding the dispute, in person or through te ephonic conference. You may be represented by  ega  counse  at your own expense. A consumer may then appea  an Authority opinion by submitting such request in writing to the Triba  Governing Board within twenty (20) days of receiving the Authority's fina  written decision. Any decision of the Triba  Counci  on appea  sha  be fina  and not subject to further appea . Any determination by or on beha f of the Tribe or Triba  Consumer Financia  Services Regu atory Authority, whether procedura  or substantive, sha  be made by the Tribe in its sovereign discretion.

**WAIVER OF JURY TRIAL:** The Triba  Dispute Reso ution Procedure has been created by the Tribe as a courtesy to consumers and is the so e and exc usive dispute reso ution mechanism for disputes and c aims arising under this Agreement. **THEREFORE, YOU ACKNOWLEDGE AND AGREE AS FOLLOWS:**

1. For purposes of this Waiver of Jury Tria  paragraph and the Triba  Dispute Reso ution Procedure paragraph, the words "<u>dispute</u>" and "<u>disputes</u>" are given the broadest possib e meaning and inc ude, without  imitation: **(a)** a  c aims, disputes, or controversies

arising from or relating directly or indirectly to the signing of this Agreement, the validity and scope of these provisions and any claim or attempt to set aside these provisions; **(b)** all federal or state or Tribal law claims, disputes or controversies, arising from or relating directly or indirectly to the Agreement, the information you gave us before entering into the Agreement, including the customer information application, and/or any past agreement or agreements between you and us; **(c)** all counterclaims, cross-claims and third-party claims; **(d)** all common law claims, based upon contract, tort, fraud, or other intentional torts; **(e)** all claims based upon a violation of any Tribal, state or federal constitution, statute, regulation code or ordinance; **(f)** all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; **(g)** all claims asserted by you individually against us and/or any of our employees, agents, directors, officers, shareholders, governors, managers, members, parent company or affiliated entities ("related third parties"), including claims for money damages and/or equitable or injunctive relief; **(h)** all claims asserted on your behalf by another person; **(i)** all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or **(j)** all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

2. You acknowledge and agree that by entering into this Waiver of Jury Trial Provision:

    A. **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**

    B. **YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

    C. **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

3. All disputes including any Representative Claims against us and/or related third parties shall be resolved by the Tribal Dispute Resolution Procedure only on an individual basis with you. **THEREFORE, NO LITIGATION OR ARBITRATION IS AVAILABLE AND NO JUDGE OR ARBITRATOR SHALL CONDUCT CLASS PROCEEDINGS; THAT IS, YOU SHALL BE INELIGIBLE TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN LITIGATION OR ARBITRATION.**

4. All disputes arising out of, relating to, or in connection with this Agreement shall be finally settled under the Tribal Dispute Resolution Procedure.

5. This Waiver of Jury Trial Provision and Tribal Dispute Resolution Procedure provision is binding upon and benefits you, your respective heirs, successors and assigns. This Waiver of Jury Trial Provision and Tribal Dispute Resolution Procedure provision is binding upon and benefits us, our successors and assigns, and related third parties. This Waiver of Jury Trial Provision and Tribal Dispute Resolution Procedure provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Waiver of Jury Trial Provision and Tribal Dispute Resolution Procedure provision survives any rescission, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Waiver of Jury Trial Provision or Tribal Dispute Resolution Procedure provision is held invalid, the remainder shall remain in effect. **Your right to file suit against us for any claim or dispute arising from or relating to this Agreement is limited by the WAIVER OF JURY TRIAL AND THE TRIBAL DISPUTE RESOLUTION PROCEDURE provisions.**

**TELEPHONE CONSUMER PROTECTION ACT DISCLOSURE**: If you agreed to be contacted by Blue Trust Loans, or our affiliates, at the phone numbers provided by you in your loan application. You agree that this authorization includes marketing calls to your wireless number if you have provided a wireless number. You agree that such contact may include phone calls generated from an automated telephone dialing system. You understand that you do not have to agree to such authorization in order to qualify for a loan.

You further authorize Blue Trust Loans (or our agents) to send marketing text messages to the wireless number you provided using an automatic telephone dialing system. You are not required to authorize marketing text messages to obtain credit or other services from us. If you do not wish to receive sales or marketing text messages from us you should **not** check the relevant box at the end of this process. You understand that any messages we send you may be accessed by anyone with access to your text messages. You also understand that your mobile phone service provider may charge you fees for text messages that we send you, and you agree that we shall have no liability for the cost of any such text messages.

**SMS STATEMENT NOTIFICATIONS DISCLOSURE**: This SMS Statement Notifications Disclosure (this "Disclosure") applies to each account you have with Blue Trust Loans for which you have elected to receive Short Message Service ("SMS") messages.

As used in this SMS Statement Notifications Disclosure, "SMS Statement Notifications" means any SMS (text message) communications from us to you pertaining to your Loan, sent to the phone numbers listed on your application, including but not limited to payment information, account information, due dates, delinquent accounts, program updates, promotions, coupons and other marketing messages.

1. **How to Unsubscribe:** You may withdraw your consent to receive SMS Statement Notifications by changing your preference on the Notification Settings page within www.bluetrustloans.com. Alternatively, you may call us at (877) 770-2682. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive SMS Statement Notifications. We will not impose any fee to process the withdrawal of your consent to receive SMS Statement Notifications. Any withdrawal of your consent to use SMS Statement Notifications will be effective only after we have a reasonable period of time to process your withdrawal.

**You may opt-out** and remove your SMS approval for additional messages by sending "STOP", "END", "CANCEL",

"UNSUBSCRIBE", "QUIT", or "STOPALL" to the SMS text message you have received. If you remove your SMS approva from our database, your number wi no onger be used for secondary purposes, discosed to third parties and used by us for third parties to send promotiona correspondence to you.

2. To request additiona information, contact us by teephone at (877) 770 - 2682. For hep of additiona information regarding our texting services emai us at info@buetrustoans.com or repy "HELP" anytime from your mobie device to the message you receive.

3. The services are avaiabe on the fo owing carriers: AT&T, Verizon Wireess, T-Mobie, Sprint, Nexte, Dobson, U.S. Ce uar, and Virgin Mobie. Additiona carriers are added as they become avaiabe.

4. In order to access, view, and retain SMS Statement Notifications that we make avaiabe to you, you must have: (1) an SMS-capabe mobie phone, (2) an active mobie phone account with a communication service provider; and (3) sufficient storage capacity on your mobie phone.

5. A SMS Statement Notifications in eectronic format from us to you wi be considered "in writing."

6. There is no service fee for SMS Statement Notifications but you are responsibe for any and a charges, incuding but not imited to fees associated with text messaging, imposed by your communications service provider. Other charges may appy. Such charges may incude those from your communications service provider. Pease consut your mobie service carrier's pricing pan to determine the charges for sending and receiving text messages. These charges wi appear on your phone bi. Message frequency depends on account settings.

7. Additiona y, you agree that we may send any SMS Statement Notifications through your communication service provider in order to deiver them to you and that your communication services provider is acting as your agent in this capacity. You agree to provide a vaid mobie phone number for these services so that we may send you certain information about your oan. Additiona y, you agree to indemnify, defend and hod us harmess from and against any and a caims, osses, iability, cost and expenses (incuding reasonabe attorneys' fees) arising from your provision of a mobie phone number that is not your own or your vioation of appicabe federa, state, Triba or oca aw, reguation or ordinance. Your obigation under this paragraph sha survive termination of this Agreement. SMS Statement Notifications are provided for your convenience ony. Receipt of each SMS Statement may be deayed or impacted by factor(s) pertaining to your communications service provider(s). We wi not be iabe for osses or damages arising from any discosure of account information to third parties, non-deivery, deayed deivery, misdirected deivery or mishanding of, or inaccurate content in, the SMS Statement Notifications sent by us.

8. We may modify or terminate SMS from time to time, for any reason, and without notice, incuding the right to terminate text messaging with or without notice, without iability to you, any other user or a third party. We reserve the right to modify these Terms of Use from time to time without notice. Pease review these Terms of Use from time to time so that you are timey notified of any changes.

**PRIVACY POLICY**

| FACTS | WHAT DOES Blue Trust Loans DO WITH YOUR PERSONAL INFORMATION? | | |
|---|---|---|---|
| Why? | Financia companies choose how they share your persona information. Federa aw gives consumers the right to imit some but not a sharing. Federa aw aso requires us to te you how we co ect, share, and protect your persona information. Pease read this notice carefu y to understand what we do. | | |
| What? | The types of persona information we co ect and share depend on the product or service you have with us. This information can incude:<br>• Socia Security number and bank account information<br>• account baances and income<br>• payment history and credit history | | |
| How? | A financia companies need to share customers' persona information to run their everyday business. In the section beow, we ist the reasons financia companies can share their customers' persona information; the reason Bue Trust Loans chooses to share; and whether you can imit this sharing. | | |
| Reasons we can share your persona information | | Does Bue Trust Loans share? | Can you imit this sharing? |
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and ega investigations, or report to credit bureaus | | Yes | No |
| For our marketing purposes – to offer our products and services to you | | Yes | No |
| For joint marketing with other financia companies | | Yes | No |
| For our affiiates' everyday business purposes – information about your transactions and experiences | | Yes | No |
| For our affiiates' everyday business purposes – information about your creditworthiness | | Yes | Yes |
| For our affiiates to market to you | | Yes | Yes |
| For nonaffiiates to market to you | | Yes | Yes |

| To limit our sharing | <ul><li>Call (877) 770 - 2682 – our menu will prompt you through your choice(s) or</li><li>Visit us on the web at www.bluetrustloans.com</li></ul>Please note:<br>If you are a new customer, we can begin sharing your information 30 days from the date you sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call (877) 770 - 2682 or go to www.bluetrustloans.com |

| Who we are | |
|---|---|
| Who is providing this notice? | Blue Trust Loans is providing this privacy policy and it applies to all loans made by the company and all products and services offered in connection with such loans. |

| What we do | |
|---|---|
| How does Blue Trust Loans protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Blue Trust Loans collect my personal information? | We collect your personal information, for example, when you<ul><li>Apply for a loan</li><li>Give us your income information</li><li>Tell us where to send the money</li><li>Provide account information</li><li>Provide employment information</li></ul>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<ul><li>sharing for affiliates' everyday business purposes – information about your creditworthiness</li><li>affiliates from using your information to market to you</li><li>sharing for nonaffiliates to market to you</li></ul> |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control.<br>Our affiliates include financial companies such as other lenders and non-financial companies such as marketing and servicing companies. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<ul><li>*Nonaffiliates we share with can include other lenders and direct marketing companies.*</li></ul> |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<ul><li>*Our joint marketing partners can include institutions such as other lenders or marketers*.</li></ul> |

**IMPORTANT NOTICE:** THIS LOAN IS NOT INTENDED TO MEET LONG-TERM FINANCIAL NEEDS. THIS LOAN SHOULD BE USED ONLY TO MEET SHORT-TERM CASH NEEDS. RENEWING THE LOAN RATHER THAN PAYING THE DEBT IN FULL WHEN DUE WILL REQUIRE PAYMENT OF ADDITIONAL FINANCE CHARGES.

**IMPORTANT ACKNOWLEDGEMENTS:**

**YOU AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION RELATED TO OR ARISING OUT OF OUR SERVICES, THE SERVICES OF OUR SERVICERS OR AGENTS, AND/OR THIS AGREEMENT.**

BY CLICKING THE ACKNOWLEDGMENT BUTTON BELOW:

- YOU ARE ELECTRONICALLY SIGNING THIS AGREEMENT.
- YOU AGREE THAT THIS ELECTRONIC SIGNATURE HAS THE FULL FORCE AND EFFECT OF YOUR PHYSICAL SIGNATURE AND THAT IT BINDS YOU TO THIS AGREEMENT IN THE SAME MANNER A PHYSICAL SIGNATURE WOULD. YOU CERTIFY THAT THE INFORMATION GIVEN IN CONNECTION WITH THIS AGREEMENT IS TRUE AND CORRECT.
- YOU AUTHORIZE BLUE TRUST LOANS TO VERIFY THE INFORMATION GIVEN IN CONNECTION WITH THIS AGREEMENT AND GIVE BLUE TRUST LOANS CONSENT TO OBTAIN INFORMATION ON YOU FROM CONSUMER REPORTING AGENCIES OR OTHER SOURCES AND SERVICES.
- YOU ACKNOWLEDGE THAT: (A) YOU HAVE READ, UNDERSTAND, AND AGREE TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT INCLUDING THE JURY TRIAL WAIVER AND PROCEDURE PROVISION AS WELL AS THE PRIVACY

NOTICE, (B) THIS AGREEMENT WAS FILLED IN BEFORE YOU SIGNED IT, AND (C) THAT YOU HAVE PRINTED OR DOWNLOADED A COMPLETED COPY OF THIS AGREEMENT FOR YOUR RECORDS. YOU FURTHER ACKNOWLEDGE THAT THIS AGREEMENT IS SUBJECT TO APPROVAL BY BLUE TRUST LOANS.

**Lender: Hummingbird Funds, LLC d/b/a Blue Trust Loans**

**Borrower:**

$Li ian Easey$