IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| LILLIAN EASLEY and all other similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>HUMMINGBIRD FUNDS, D/B/A BLUE TRUST LOANS; JOHN (RANDY) CADOTTE; WILLIAM TREPANIA; DAYLENE SHARLOW; TWEED SHUMAN; DON CARLEY; LEE HARDEN; TRINA. STARR; JAMES WILLIAMS, JR.,<br><br>          Defendants. | Case No. 1:19-cv-00937-KD-M<br><br>JURY TRIAL DEMANDED<br>CLASS ACTION |

## NOTICE OF APPEAL

NOTICE is hereby given that Specially-Appearing Defendants Hummingbird Funds d/b/a Blue Trust Loans, John Cadotte, William Trepania, Daylene Sharlow, Tweed Shuman, Don Carley, Lee Harden, and Trina Starr appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of this Court dated August 28, 2020 (Doc. 82) adopting, with modification, the Report and Recommendation of the Magistrate Judge dated July 30, 2020 (Doc. 75).

Respectfully submitted,

Dated:  September 25, 2020

                  *s/Robert R. Baugh*
                  Robert R. Baugh (BAU002)
                  SIROTE & PERMUTT, PC
                  2311 Highland Avenue South
                  Post Office Box 55727
                  Birmingham, AL 35255-5727
                  Phone:  205-930-5100
                  E-mail: rbaugh@sirote.com

1

NOTICE OF APPEAL                              CASE NO. 19-937

*and*

*s/John C.S. Pierce*
John C.S. Pierce   (PIE009)
SIROTE & PERMUTT PC
1 St. Louis Centre, Suite 1000
Mobile, AL  36602
Phone: (251) 432-1671
Fax: (251) 434-0196
E-mail: jpierce@sirote.com

*and*

*s/Ashley Vinson Crawford*
Ashley Vinson Crawford
(*admitted Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FIELD, LLP
580 California Street, Suite 1500
San Francisco, CA  94104
Phone:  415-765-9501
E-mail: avcrawford@akingump.com

*and*

*s/Danielle Ginty*
Danielle Ginty
(*admitted Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FIELD, LLP
580 California Street, Suite 1500
San Francisco, CA  94104
Phone:  415-765-9501
Email: dginty@akingump.com


***Attorneys for Specially Appearing Defendants Hummingbird Funds, LLC d/b/a Blue Trust Loans, John Cadotte, William Trepania, Daylene Sharlow, Tweed Shuman, Don Carley, Lee Harden and Trina Starr***

3

## CERTIFICATE OF SERVICE

 I hereby certify that on this 25th day of September, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF electronic filing system which will serve a copy on all counsel of record as follows:

***Attorney for Plaintiff***
Earl P. Underwood, Jr.
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL  36532
Phone: 251-990-5558
*Email: epunderwood@gmail.com*

Steven P. Gregory
Gregory Law Firm, PC
2700 Corporate Drive, Suite 200
Birmingham, AL  35242
Phone: 205-799-0380
*Email: steve@gregorylawfirm.com*

               *s/Robert R. Baugh* _____
               OF COUNSEL