IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **LILLIAN EASLEY and all others similarly situated,** )<br>)<br>**Plaintiff(s),** )<br>)<br>**v.** )<br>)<br>**HUMMINGBIRD FUNDS, d/b/a BLUE TRUST LOANS, et al.,** )<br>)<br>**Defendant(s).** ) | Case No. 1:19-CV-00937-KD-N |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 4 (a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Lillian Easley hereby gives notice that this Action is voluntarily dismissed in its entirety with prejudice, each party to pay its own costs and fees.

DATED: March 17, 2021

> */s/ Earl P. Underwood, Jr.*
> **Earl P. Underwood, Jr.**
> **Underwood & Riemer, P.C.**
> **21 South Section Street**
> **Fairhope, Alabama 36532**
> **Telephone: 251-990-5558**
> **Facsimile: 251-990-0626**
> **epunderwood@alalaw.com**
> *Attorney for Plaintiff Lillian Easley*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed using the CM/ECF filing system, which will send notice to all counsel of record on this, the 17th day of March 2021.

> */s/ Earl P. Underwood, Jr.*
> **Earl P. Underwood, Jr.**